IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DEVIN PUGH,                    )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )         2:25cv581-MHT
                               )            (WO)
MEDICAID/MEDICARE,             )
                               )
        Defendants.            )

OPINION

Plaintiff filed this lawsuit asserting that the defendant agency violated his constitutional rights by not requiring all hospitals that accept Medicare or Medicaid to hire a neurologist.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the filing fee or file an application for leave to proceed in forma pauperis. There are no objections to the recommendation.  After an independent and de novo review of the record, the

court    concludes    that    the    magistrate    judge's

recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2025.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE

2